# United States District Court

## NORTHERN DISTRICT OF CALIFORNIA

Electronic Frontier Foundation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER:

V.

Central Intelligence Agency, Department of Homeland Security, Department of Defense, National Security Agency, Department of Justice, Office of the Director of National Intelligence, Department of Energy, and Department of State

09  3351  SBA

TO: (Name and address of defendant)
Central Intelligence Agency, Litigation Division, Office of General Counsel, Central Intelligence Agency, Washington, DC 20505; Department of Homeland Security, Office of the General Counsel, Department of Homeland Security, Washington, DC 20258; Department of Defense, General Counsel, Department of Defense, The Pentagon, Washington, DC 20301-1155; National Security Agency, General Counsel, National Security Agency, 9800 Savage Road, Fort George G Meade, MD 20755-6000; Department of Justice, 950 Pennsylvania Avenue NW, Washington, DC 20530-0001; Office of the Director of National Intelligence, Office of the General Counsel, Washington, DC 20511; Department of Energy, Office of the General Counsel, 1000 Independence Avenue SW, Washington, DC 2058; Department of State, 2201 C Street NW, Washington, DC 20520

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)
Nathan Cardozo, Electronic Frontier Foundation, 454 Shotwell Street, San Francisco, CA 94110

an answer to the complaint which is herewith served upon you, within 30 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable period of time after service.

Richard W. Wieking
CLERK

DATE July 22, 2009

MARY ANN BUCKLEY
(BY) DEPUTY CLERK

# RETURN OF SERVICE

| | DATE |
|---|---|
| Service of the Summons and Complaint was made by me [1] | |
| Name of SERVER | TITLE |

*Check one box below to indicate appropriate method of service*

☐    Served Personally upon the Defendant. Place where served:

☐    Left copies thereof at the defendant's dwelling house or usual place of abode with a person of suitable age and discretion then residing therein.
Name of person with whom the summons and complaint were left:

☐    Returned unexecuted:

☐    Other *(specify)*:

## STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
| | | |

## DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on    _____      _____
                               Date                                             Signature of Server

                                                                                                          _____
                                                                                                          Address of Server

(1)    As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure