ORIGINAL

1   Nathan D. Cardozo, State Bar No. 259097
    *nate@eff.org*
2   Marcia Hofmann, State Bar No. 250087
    *marcia@eff.org*
3   ELECTRONIC FRONTIER FOUNDATION
    454 Shotwell Street
4   San Francisco, CA 94110
    Telephone:  (415) 436-9333
5   Facsimile:   (415) 436-9993

6   David L. Sobel *(pro hac vice pending)*
    *sobel@eff.org*
7   ELECTRONIC FRONTIER FOUNDATION
    1875 Connecticut Ave. NW
8   Suite 650
    Washington, DC  20009
9   Telephone: (202) 797-9009 x104
    Facsimile:  (202) 707-9066

10

11  Attorneys for Plaintiff

12              IN THE UNITED STATES DISTRICT COURT

13          FOR THE NORTHERN DISTRICT OF CALIFORNIA

14                  SAN FRANCISCO DIVISION

15

16  ELECTRONIC FRONTIER FOUNDATION,  ) Case No.     CV 09 3351
                                     )
17                Plaintiff,         )
                                     )
18        vs.                        ) ELECTRONIC FRONTIER
                                     ) FOUNDATION'S CERTIFICATION OF
19  CENTRAL    INTELLIGENCE  AGENCY, ) INTERESTED ENTITIES OR PERSONS
    DEPARTMENT       OF     HOMELAND )
20  SECURITY, DEPARTMENT OF DEFENSE, )
    NATIONAL     SECURITY    AGENCY, )
21  DEPARTMENT OF JUSTICE, OFFICE OF )
    THE   DIRECTOR    OF   NATIONAL  )
22  INTELLIGENCE,   DEPARTMENT   OF  )
    ENERGY, and DEPARTMENT OF STATE, )
23                                   )
                  Defendants.        )
24                                   )

25

26      Pursuant to Civil Local Rule 3-16, Plaintiff Electronic Frontier Foundation certifies that to

27  its knowledge, no entities other than the named parties themselves have either: (i) a financial

28  interest (of any kind) in the subject matter in controversy or in a party to the proceeding; or (ii) any

-1-

1    other kind of interest that could be substantially affected by the outcome of the proceeding.

2    Dated this 22nd day of July, 2009.

3

4                                                    Respectfully submitted,

5

6                                                    ELECTRONIC FRONTIER FOUNDATION
                                                     Nathan D. Cardozo, Esq. (259097)
7                                                    Marcia Hofmann, Esq. (250087)
                                                     454 Shotwell Street
8                                                    San Francisco, CA  94110
                                                     Telephone:  (415) 436-9333
9                                                    Facsimile:  (415) 436-9993

10                                                   David L. Sobel (*pro hac vice pending*)
                                                     1875 Connecticut Ave. NW
11                                                   Suite 650
                                                     Washington, DC  20009
12                                                   Telephone: (202) 797-9009 x104
                                                     Facsimile: (202) 707-9066
13

14                                                   Attorneys for Plaintiff

15

16

17

18

19

20

21

22

23

24

25

26

27

28