ORIGINAL

David L. Sobel
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave., N.W.
Suite 650
Washington, DC 20009
Telephone: (202) 797-9009
Facsimile: (202) 707-9066

FILED
JUL 31 2009
RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
OAKLAND

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> vs. <br><br> CENTRAL INTELLIGENCE AGENCY, DEPARTMENT OF HOMELAND SECURITY, DEPARTMENT OF DEFENSE, NATIONAL SECURITY AGENCY, DEPARTMENT OF JUSTICE, OFFICE OF THE DIRECTOR OF NATIONAL INTELLIGENCE, DEPARTMENT OF ENERGY, and DEPARTMENT OF STATE, <br><br> Defendants. | Case No. 09-3351-SBA <br><br> **APPLICATION FOR DAVID L. SOBEL TO APPEAR *PRO HAC VICE*** |

Pursuant to Civil L.R. 11-3, David L. Sobel, an active member in good standing of the bar of the District of Columbia, hereby applies for admission to practice in Northern District of California on a *pro hac* vice basis representing the plaintiff in the above-referenced case.

In support of this application, I certify on oath that:

1. I am an active member in good standing of a United States Court or of the highest

-1-
APPLICATION FOR DAVID L. SOBEL TO APPEAR PRO HAC

1. court of another State or District of Columbia, as indicated above;

2. I agree to abide by the Standards of Professional Conduct set forth in Civil Local Rule 11-4, to comply with General Order No. 45, Electronic Case Filing, and to become familiar with the Local Rules and the Alternative Dispute Resolution programs of the Court; and,

3. An Attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California has been designated as co-counsel in the above-entitled action. The name, address, and telephone numbers of that attorney is:

Marcia Hofmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone: (415) 436-9333 x116
Facsimile: (415) 436-9993

I declare under penalty of perjury that the foregoing is true and correct.

Dated: July 31, 2009

DAVID L. SOBEL

**PROOF OF SERVICE**

I, Leticia Perez, declare:

I am employed in the City and County of San Francisco, California by Electronic Frontier Foundation at 454 Shotwell Street, San Francisco, California 94110. I am over the age of eighteen years and am not a party to the within cause.

On July 31, 2009, at the above-referenced address, I served the attached APPLICATION FOR DAVID L. SOBEL TO APPEAR *PRO HAC VICE* AND [PROPOSED] ORDER on the interested parties in said cause by

___ personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

_X_ placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence with the United States Postal Service, which in the normal course of business provides for the deposit of all correspondence and documents with the United States Postal Service on the same day they are collected and processed for mailing to the person(s) at the address(es) set forth below:

Litigation Division
Office of the General Counsel
Central Intelligence Agency
Washington, DC 20505

General Counsel
National Security Agency
9800 Savage Road
Fort George G. Meade, MD 20755-6000

Office of the Director of National Intelligence
Office of the General Counsel
Washington, DC 20511

Department of Homeland Security
Office of the General Counsel
Department of Homeland Security
Washington, DC 20258

General Counsel
Department of Defense
The Pentagon
Washington, DC 20301-1155

Office of the General Counsel
Department of Energy
1000 Independence Avenue SW
Washington, DC 20585

Department of Justice
950 Pennsylvania Avenue NW
Washington, DC 20530-0001

Department of State
2201 C Street NW
Washington, DC 20520

___ facsimile transmission pursuant to Rule 2008 of the California Rules of Court on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine telephone number (415) 436-9993, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:

___ consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 31, 2009

LETICIA PEREZ

-1-
PROOF OF SERVICE

```
Court Name: U.S. District Court, NDCA
Division: 4
Receipt Number: 44611003923
Cashier ID: lenahac
Transaction Date: 07/31/2009
Payer Name: Electronic Frontier Foundation

PRO HAC VICE
 For: David L. Sobel
 Case/Party: D-CAN-4-09-AT-PROHAC-001
 Amount:         $210.00

CHECK
 Check/Money Order Num: 7684
 Amt Tendered:   $210.00

Total Due:       $210.00
Total Tendered: $210.00
Change Amt:       $0.00

C-09-3351-SBA


Checks and drafts are accepted
subject to collections and full
credit will only be given when the
check or draft has been accepted by
the financial institution on which
it was drawn.
```