Nathan D. Cardozo, State Bar No. 259097
*nate@eff.org*
Marcia Hofmann, State Bar No. 250087
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:  (415) 436-9333
Facsimile:   (415) 436-9993

David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile:   (202) 707-9066

Attorneys for Plaintiff
Electronic Frontier Foundation

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No.  CV 09-3351-SBA |
| Plaintiff, | **PROOF OF SERVICE** |
| vs. | |
| CENTRAL INTELLIGENCE AGENCY, ET. AL., | |
| Defendants. | |

## PROOF OF SERVICE

I, Leticia Perez, declare:

I am employed in the City and County of San Francisco, California by Electronic Frontier Foundation at 454 Shotwell Street, San Francisco, California 94110. I am over the age of eighteen years and am not a party to the within cause.

On July 28, 2009, at the above-referenced address, I served the attached SUMMONS AND COMPLAINT on the interested parties in said cause by

___ personal delivery by messenger service of the document(s) above to the person(s) at the address(es) set forth below:

_X_ placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in accordance with the firm's practice of collection and processing correspondence with the United States Postal Service, which in the normal course of business provides for the deposit of all correspondence and documents with the United States Postal Service on the same day they are collected and processed for mailing to the person(s) at the address(es) set forth below:

| | | |
|---|---|---|
| Attorney General of the United States<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 | Department of Homeland Security<br>Office of the General Counsel<br>Department of Homeland Security<br>Washington, DC 20258 | Department of Justice<br>950 Pennsylvania Avenue NW<br>Washington, DC 20530-0001 |
| Litigation Division<br>Office of the General Counsel<br>Central Intelligence Agency<br>Washington, DC 20505 | General Counsel<br>Department of Defense<br>The Pentagon<br>Washington, DC 20301-1155 | Department of State<br>2201 C Street NW<br>Washington, DC 20520 |
| Civil Process Clerk<br>Office of the United States Attorney<br>Northern District of California<br>450 Golden Gate Avenue<br>PO Box 36055<br>San Francisco, CA 94102 | Office of the General Counsel<br>Department of Energy<br>1000 Independence Avenue SW<br>Washington, DC 20585 | General Counsel<br>National Security Agency<br>9800 Savage Road<br>Fort George G. Meade, MD<br>20755-6000<br><br>Office of the Director of<br>National Intelligence<br>Office of the General Counsel<br>Washington, DC 20511 |

___ facsimile transmission pursuant to Rule 2008 of the California Rules of Court on this date before 5:00 p.m. (PST) of the document(s) listed above from sending facsimile machine telephone number (415) 436-9993, and which transmission was reported as complete and without error (copy of which is attached), to facsimile number(s) set forth below:

___ consigning the document(s) listed above to an express delivery service for guaranteed delivery on the next business day to the person(s) at the address(es) set forth below:

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

DATED: July 28, 2009

_____
LETICIA PEREZ

-1-
PROOF OF SERVICE