TONY WEST
Assistant Attorney General
ELIZABETH SHAPIRO
Deputy Branch Director
JOEL McELVAIN, State Bar No. 257736
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone:  (415) 436-6645
Fax:        (415) 436-6632
Email:      Joel.McElvain@usdoj.gov

Attorneys for the Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:09-cv-03351-SBA |
| Plaintiff, | **Stipulation** |
| v. | Next court date: |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | Case Management Conference Set for Oct. 29, 2009 at 2:45 p.m. |
| Defendants. | |

    The parties to this action, through their undersigned counsel, have conferred and have reached an agreement with respect to the processing of the Freedom of Information Act ("FOIA") requests submitted by the plaintiff, the Electronic Frontier Foundation, to certain of the defendants in this action.

    Pursuant to this stipulation, the following agencies will complete their searches for records that are responsive to the plaintiff's FOIA requests that are at issue in this litigation, and will release to the plaintiff those records or those portions of records that the agencies have determined not to be exempt from disclosure under FOIA, by the following dates:

| | |
|---|---|
| Department of Energy | November 17, 2009 |
| Department of Homeland Security | December 15, 2009 |

| | | |
|---|---|---|
| 1 | Department of State | December 15, 2009 |

2  This stipulation does not address a schedule for the processing of records with
3 respect to the remaining defendants.  The parties have conferred with respect to that
4 schedule but have not yet reached an agreement.

5  This stipulation also does not address a schedule for these agencies to provide
6 *Vaughn* indices, or other factual support, to justify the withholding of any responsive
7 records in whole or in part.  The parties anticipate that the schedule for briefing with
8 respect to the agencies' exemption claims will be the subject of further discussions
9 between the parties after the processing of records is completed.

10 Dated: September 28, 2009     Respectfully submitted,

12     /s/ Nathan D. Cardozo
      NATHAN D. CARDOZO
13    Counsel for the Plaintiff

15     /s/ Joel McElvain
      JOEL McELVAIN
16    Counsel for the Defendants

18           * * * * * * *

20 PURSUANT TO STIPULATION, IT IS SO ORDERED.

22 Dated: _____    _____
                          The Hon. SAUNDRA B. ARMSTRONG
23                         United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on September 28, 2009, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

    /s/ Joel McElvain
JOEL McELVAIN