Nathan D. Cardozo, State Bar No. 259097
*nate@eff.org*
Marcia Hofmann, State Bar No. 250087
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:  (415) 436-9333
Facsimile:   (415) 436-9993

David L. Sobel (*pro hac vice*)
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW
Suite 650
Washington, DC 20009
Telephone:  (202) 797-9009 x104
Facsimile:   (202) 707-9066

Attorneys for Plaintiff
Electronic Frontier Foundation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:09-CV-03351-SBA |
| Plaintiff, | |
| vs. | |
| CENTRAL INTELLIGENCE AGENCY, ET AL., | DECLARATION OF NATHAN CARDOZO IN SUPPORT OF PLAINTIFF'S MOTION FOR PARTIAL SUMMARY JUDGMENT |
| Defendants. | |

1. I am an attorney of record for the plaintiff in this matter and a member in good standing of the California State Bar, and am admitted to practice before this Court. I have personal knowledge of the matters stated in this declaration. If called upon to do so, I am competent to testify to all matters set forth herein.

2. Plaintiff Electronic Frontier Foundation ("EFF") is a non-for-profit corporation established under the laws of Massachusetts with its principal place of business in San Francisco.

3. Attached hereto as Exhibit 1 is a true and correct copy of a Freedom of Information Act ("FOIA") request sent by facsimile on February 25, 2008 by EFF staff attorney Marcia Hofmann to the Central Intelligence Agency ("CIA"). EFF requested documents relating to reports from the agency to the Intelligence Oversight Board ("IOB").

4. Attached hereto as Exhibit 2 is a true and correct copy of a FOIA request sent by facsimile on February 25, 2008 by EFF staff attorney Marcia Hofmann to the Department of Defense ("DOD"). EFF requested documents relating to reports from the agency to the IOB.

5. Attached hereto as Exhibit 3 is a true and correct copy of a FOIA request sent by facsimile on February 25, 2008 by EFF staff attorney Marcia Hofmann to DOD's component the Defense Intelligence Agency ("DIA"). EFF requested documents relating to reports from the agency to the IOB.

6. Attached hereto as Exhibit 4 is a true and correct copy of a FOIA request sent by facsimile on February 25, 2008 by EFF staff attorney Marcia Hofmann to the National Security Agency ("NSA"). EFF requested documents relating to reports from the agency to the IOB.

7. Attached hereto as Exhibit 5 is a true and correct copy of a FOIA request sent by facsimile on February 25, 2008 by EFF staff attorney Marcia Hofmann to the Department of Justice's ("DOJ") component the Federal Bureau of Investigation ("FBI"). EFF requested documents relating to reports from the agency to the IOB.

8. Attached hereto as Exhibit 6 is a true and correct copy of a FOIA request sent by facsimile on February 25, 2008 by EFF staff attorney Marcia Hofmann to the Office of the Director of National Intelligence ("ODNI"). EFF requested documents relating to reports from the agency to the IOB.

9. In a letter dated June 23, 2009 the CIA acknowledged that it had received EFF's February 25, 2008 FOIA request, and informed EFF that was "unable to estimate when [its] review will be completed." A true and correct copy of this letter is attached hereto as Exhibit 7.

10. By letter dated June 8, 2009 the NSA made an interim response to EFF's February 25, 2008 FOIA request. A true and correct copy of the letter accompanying the NSA's response is attached hereto as Exhibit 8.

11. By letter dated June 19, 2009, EFF appealed NSA's partial denial of the February 25, 2008 FOIA request. A true and correct copy of EFF's appeal is attached hereto as Exhibit 9.

12. By letter dated June 26, 2009, the NSA acknowledged receiving EFF's June 19, 2009 appeal and indicated that it "will be unable to provide [EFF] a timely response." A true and correct copy of the letter is attached hereto as Exhibit 10.

13. On June 18, 2009, I called DOD's FOIA Requester Service Center to check the status of EFF's February 25, 2008 FOIA request. To date, I have received no response from DOD.

14. On June 18, 2009, I called DIA's FOIA Requester Service Center to check the status of EFF's February 25, 2008 FOIA request. I was told that EFF's request was being processed but DIA did not indicate when it would finish processing the request.

15. In a letter dated December 8, 2008 FBI acknowledged that it had received EFF's February 25, 2008 FOIA request. A true and correct copy of this letter is attached hereto as Exhibit 11.

16. On June 18, 2009, I called FBI's FOIA Requester Service Center to check the status of EFF's February 25, 2008 FOIA request. To date, I have received no response from FBI.

17. In a letter dated August 13, 2009 ODNI acknowledged that it had received EFF's February 25, 2008 FOIA request. A true and correct copy of this letter is attached hereto as Exhibit 12.

18.     Attached hereto as Exhibit 13 is a true and correct copy of a FOIA request sent by facsimile on February 13, 2008 by EFF staff attorney Marcia Hofmann to the DOJ's component the Office of the Attorney General ("OAG").  EFF requested documents relating to reports submitted to the OAG by the IOB and other agencies.

19.     In a letter dated March 5, 2009 OAG acknowledged that it had received EFF's February 13, 2009 FOIA request.  A true and correct copy of this letter is attached hereto as Exhibit 14.

20.      To date, OAG has not notified EFF of its determination whether to comply with the February 13, 2009 FOIA request.

21.     Attached hereto as Exhibit 15 is a true and correct copy of a FOIA request sent by facsimile on June 19, 2009 by me to the CIA.  EFF requested documents relating to reports from the agency to the IOB.

22.     Attached hereto as Exhibit 16 is a true and correct copy of a FOIA request sent by facsimile on June 19, 2009 by me to the DOD.  EFF requested documents relating to reports from the agency to the IOB.

23.     Attached hereto as Exhibit 17 is a true and correct copy of a FOIA request sent by facsimile on June 19, 2009 by me to DOD's component DIA.  EFF requested documents relating to reports from the agency to the IOB.

24.     Attached hereto as Exhibit 18 is a true and correct copy of a FOIA request sent by facsimile on June 19, 2009 by me to the NSA.  EFF requested documents relating to reports from the agency to the IOB.

25.     Attached hereto as Exhibit 19 is a true and correct copy of a FOIA request sent by facsimile on June 19, 2009 by me to DOJ's component OAG.  EFF requested documents relating to

reports from the Department of Justice to the IOB as well as reports submitted to the OAG by the IOB.

26. Attached hereto as Exhibit 20 is a true and correct copy of a FOIA request sent by facsimile on June 19, 2009 by me to DOJ's component FBI. EFF requested documents relating to reports from the agency to the IOB.

27. Attached hereto as Exhibit 21 is a true and correct copy of a FOIA request sent by facsimile on June 19, 2009 by me to the ODNI. EFF requested documents relating to reports from the agency to the IOB as well as reports submitted to the ODNI by the IOB.

28. In a letter dated June 23, 2009 FBI acknowledged that it had received EFF's June 19, 2009 FOIA request. A true and correct copy of this letter is attached hereto as Exhibit 22.

29. In a letter dated July 3, 2009 DOD acknowledged that it had received EFF's June 19, 2009 FOIA request. A true and correct copy of this letter is attached hereto as Exhibit 23.

30. In a letter dated July 29, 2009 DIA acknowledged that it had received EFF's June 19, 2009 FOIA request. A true and correct copy of this letter is attached hereto as Exhibit 24.

31. In a letter dated June 29, 2009 ODNI acknowledged that it had received EFF's June 19, 2009 FOIA request. A true and correct copy of this letter is attached hereto as Exhibit 25.

32. In a letter dated July 13, 2009 OAG acknowledged that it had received EFF's June 19, 2009 FOIA request. A true and correct copy of this letter is attached hereto as Exhibit 26.

33. To date, neither the CIA, DOD, NSA, DOJ nor ODNI has notified EFF of its determination whether to comply with EFF's June 19, 2009 requests.

34. EFF's repeated efforts to negotiate a production schedule with defendants against whom EFF now moves for partial summary judgment have been unsuccessful.

35. On September 2, 11, and 15, 2009, I spoke with Joel McElvain, Senior Counsel at the Department of Justice, to discuss the possibility of negotiating a processing schedule for EFF's

1  Freedom of Information Act ("FOIA") requests or, in the alternative, the scheduling for this
2  Motion for Partial Summary Judgment.  On September 28, 2009, the parties stipulated to final
3  response dates for EFF's FOIA requests to defendants Department of Homeland Security,
4  Department of State, and Department of Energy.  To date, the parties have been unable to agree
5  upon a processing schedule for EFF's requests to the CIA, DOD, DIA, NSA, OAG, and ODNI.

   I declare under penalty of perjury of the laws of the State of California that the foregoing is true and correct to the best of my knowledge and belief.  Executed September 28, 2009 in San Francisco, California.

                                         /s/ Nathan Cardozo
                                         Nathan Cardozo