TONY WEST
Assistant Attorney General
ELIZABETH SHAPIRO
Deputy Branch Director
JOEL McELVAIN, State Bar No. 257736
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone:    (415) 436-6645
Fax:          (415) 436-6632
Email:        Joel.McElvain@usdoj.gov

Attorneys for the Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:09-cv-03351-SBA |
| Plaintiff, | **Stipulation** |
| v. | No hearing requested |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | |
| Defendants. | |

The parties to this action, through their undersigned counsel, have conferred and have reached an agreement with respect to the briefing schedule regarding the plaintiff's motion for partial summary judgment and the defendants' motion for a stay of proceedings with respect to the FBI.

Pursuant to this stipulation, the parties agree to the following schedule:

1. The plaintiff shall file its opposition to the defendants' motion for a stay no later than November 10, 2009. The plaintiff shall also file its reply with respect to its partial summary judgment motion no later than that date.

2. The defendants shall file their reply with respect to their stay motion no later than November 17, 2009.

1    3.  Both motions shall be calendared for a hearing on December 1, 2009 at 1:00 p.m.  A case management conference will be held following the hearing.

Dated: October 28, 2009                    Respectfully submitted,

    /s/ Nathan D. Cardozo
NATHAN D. CARDOZO
Counsel for the Plaintiff


    /s/ Joel McElvain
JOEL McELVAIN
Counsel for the Defendants


\* \* \* \* \* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____            _____
                                  The Hon. SAUNDRA B. ARMSTRONG
                                  United States District Judge

1                                        CERTIFICATE OF SERVICE

2       I hereby certify that on October 28, 2009, I electronically filed the foregoing
3 document with the Clerk of the Court, using the CM/ECF system, which will send
4 notification of such filing to the counsel of record in this matter who are registered on the
5 CM/ECF system.

                                           /s/ Joel McElvain
                                        JOEL McELVAIN