TONY WEST
Assistant Attorney General
ELIZABETH SHAPIRO
Deputy Branch Director
JOEL McELVAIN, State Bar No. 257736
Senior Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
450 Golden Gate Ave., Room 7-5395
San Francisco, CA 94102
Telephone:   (415) 436-6645
Fax:              (415) 436-6632
Email:           Joel.McElvain@usdoj.gov

Attorneys for the Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,  ) | Case No. 4:09-cv-03351-SBA |
| Plaintiff,                                              ) | **Stipulation** |
| v.                                                        ) | No hearing requested |
| CENTRAL INTELLIGENCE AGENCY, *et al.*,  ) | |
| Defendants.                                         ) | |

The parties to this action, through their undersigned counsel, have conferred and have reached an agreement with respect to the plaintiff's motion for partial summary judgment and the defendants' motion for a stay of proceedings with respect to the Federal Bureau of Investigation ("FBI"). At the hearing held on December 15, 2009, this Court indicated its intent to partially grant the plaintiff's motion for partial summary judgment, and to grant the defendant's motion for a stay. The Court also directed the parties to submit proposed orders reflecting this disposition of their respective motions. Each party maintains its objections to the granting of the other party's motion. However, the parties have now reached an agreement as to the content of an order that would reflect the Court's intent, and they respectfully ask that the Court enter an order as follows.

1. The plaintiff's motion for partial summary judgment is granted in part.

a. It is ORDERED that the defendant Department of Justice's component Office of the Attorney General shall complete the processing of the plaintiff's February 13, 2009 and June 19, 2009 Freedom of Information Act requests, and produce all records determined to be responsive and not exempt from disclosure, by January 15, 2010; and

b. It is further ORDERED that the defendant Department of Defense, including its component the Defense Intelligence Agency, shall complete the processing of the plaintiff's February 25, 2008 and June 19, 2009 Freedom of Information Act requests, and produce all records determined to be responsive and not exempt from disclosure, by February 2, 2010; and

c. It is further ORDERED that the defendants Central Intelligence Agency, National Security Agency, and the Office of the Director of National Intelligence shall complete the processing of the plaintiff's February 25, 2008 and June 19, 2009 Freedom of Information Act requests, and produce all records determined to be responsive and not exempt from disclosure, by February 16, 2010.

2. The defendant's motion for a stay of proceedings with respect to the FBI is granted.

a. Further proceedings are STAYED in this action with respect to the plaintiff's February 25, 2008 and June 19, 2009 Freedom of Information Act requests submitted to the FBI until May 6, 2011 (with respect to the first request) and until November 5, 2011 (with respect to the second request).

b. The defendants are ORDERED to file a status report within 120 days of the date of this order, and every 120 days thereafter, informing the Court of the status of the plaintiff's FOIA requests within the FBI's "large queue."

c. The defendants are further ORDERED to file a status report informing the Court at the time that each of these requests has risen to the top of its queue and is available for processing.

d. At such time that each request rises to the top of its queue, the FBI is further ORDERED to commence the processing of documents potentially responsive to that request, and is ORDERED to process those documents at a rate of 1600 pages in every eight weeks following the date that processing began. At the conclusion of each eight week period, the FBI shall release to the plaintiff any documents (or portions of documents) that it has determined to be responsive and not to be exempt from disclosure, and the FBI shall also file a status report informing the Court of its progress in the processing of those documents.

Dated: December 17, 2009              Respectfully submitted,

                                               /s/ Nathan D. Cardozo  
                                              NATHAN D. CARDOZO  
                                              Counsel for the Plaintiff

                                               /s/ Joel McElvain  
                                              JOEL McELVAIN  
                                              Counsel for the Defendants

\* \* \* \* \* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 12/21/09              *Saundra B Armstrong*  
                              The Hon. SAUNDRA B. ARMSTRONG  
                              United States District Judge