```
TONY WEST
Assistant Attorney General
ELIZABETH SHAPIRO
Deputy Branch Director
KYLE R. FREENY, Cal. Bar No. 247857
Trial Attorney
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Avenue, NW
Washington, D.C. 20008
Telephone:    (202) 514-5108
Fax:          (202) 616-8470
Email:        Kyle.Freeny@usdoj.gov
```

Counsel for the Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>CENTRAL INTELLIGENCE AGENCY, *et al.*, )<br>)<br>Defendants. ) | Case No. 4:09-cv-03351-SBA<br><br>**Notice of Substitution of Counsel** |

TO THE CLERK OF THE COURT AND ALL PARTIES:

PLEASE TAKE NOTICE THAT Kyle R. Freeny, Trial Attorney, U.S. Department of Justice, will be appearing in this action on behalf of all Defendants, in substitution for Mr. Joel McElvain, Esq. The Clerk is requested to withdraw the appearance of Mr. McElvain as counsel for Defendants. Please take notice that, from the date of this request, service on Defendants in this action should be made on Ms. Freeny only.

Dated: April 20, 2010                    Respectfully submitted,

                                         TONY WEST
                                         Assistant Attorney General

                                         ELIZABETH J. SHAPIRO
                                         Deputy Branch Director

| | |
|---|---|
| 1 |    */s/ Kyle R. Freeny*<br>KYLE R. FREENY |
| 2 | Trial Attorney (Cal. Bar No. 247857)<br>United States Department of Justice |
| 3 | Civil Division, Federal Programs Branch<br>20 Massachusetts Avenue, NW |
| 4 | Washington, D.C. 20001<br>Tel:   (202) 514-5108 |
| 5 | Fax:   (202) 616-8470<br>Email: Kyle.Freeny@usdoj.gov |
| 6 | |
| 7 | *Counsel for Defendants* |

CERTIFICATE OF SERVICE

I hereby certify that on April 20, 2010, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

                         */s/ Kyle R. Freeny*
                         KYLE R. FREENY