Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
Marcia Hoffmann (SBN 250087)
*marcia@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:   (415) 436-9993

David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1818 N Street, N.W.
Suite 410
Washington, DC  20036
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066


Attorneys for Plaintiff
Electronic Frontier Foundation

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | Case No. 4:09-CV-03351-SBA |
| Plaintiff, | |
| vs. | **STIPULATION OF DISMISSAL** |
| CENTRAL INTELLIGENCE AGENCY, ET AL., | |
| Defendants. | |

Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), plaintiff Electronic Frontier Foundation and Defendants Department of Homeland Security, Department of Defense, National Security Agency, Department of Justice, Office of the Director of National Intelligence, Department of Energy, and Department of State stipulate that all remaining claims in the above-captioned case are dismissed with prejudice in their entirety only as to Defendants Department of Energy, Department of State,

and Office of the Attorney General, a component of the Department of Justice, with each party bearing its own fees and costs.

DATED: March 18, 2011

Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer Lynch* <br> ELECTRONIC FRONTIER FOUNDATION <br> Jennifer Lynch, Esq. <br> 454 Shotwell Street <br> San Francisco, CA  94110 <br> Telephone:  (415) 436-9333 <br> Facsimile:  (415) 436-9993 <br> E-mail: jlynch@eff.org <br><br> David L. Sobel *(pro hac vice)* <br> *sobel@eff.org* <br> ELECTRONIC FRONTIER FOUNDATION <br> 1818 N Street, N.W., Suite 410 <br> Washington, DC  20036 <br> Telephone: (202) 797-9009 x104 <br> Facsimile: (202) 707-9066 <br><br> *Attorneys for Plaintiff* | TONY WEST <br> Assistant Attorney General <br><br> ELIZABETH J. SHAPIRO <br> Deputy Branch Director <br><br> */s/ Kyle Freeny* <br> Kyle Freeny <br> Trial Attorney <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> 20 Massachusetts Ave. NW <br> Washington, DC 20530 <br> (202) 514-5108 (phone) <br> (202) 616-8470 (fax) <br> E-mail: Kyle.Freeny@usdoj.gov <br><br> *Attorneys for Defendants* |

**GENERAL ORDER NO. 45(X) CERTIFICATION**

I attest that I have obtained Kyle Freeny's concurrence in the filing of this document.

*/s/Jennifer Lynch*
Jennifer Lynch

\*   \*   \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _3/28/11            *[signature]*
                           Hon. Saundra Brown Armstrong
                           United States District Judge

Case No. 4:09-CV-03351-SBA                    -2-
STIPULATION AND [PROPOSED] ORDER TO DISMISS DEFENDANTS DEPT. OF ENERGY, DEPT. OF STATE & DOJ OFFICE OF ATTORNEY GENERAL