TONY WEST
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
JOEL McELVAIN, DC Bar No. 448431
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20001
Telephone:   (202) 514-2988
Fax:         (202) 616-8202
Email:       Joel.McElvain@usdoj.gov

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | |
| Plaintiff, | Case No. 4:09-cv-03351-SBA |
| v. | **Stipulation** |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, | No hearing requested |
| Defendants. | |

The parties to this action, by and through their undersigned counsel, have conferred and have reached an agreement with respect to a schedule for further proceedings in this matter, including a proposed briefing schedule for addressing any remaining areas of dispute.

1. The parties stipulate that Plaintiff will not challenge exemptions asserted by Defendants pursuant to 5 U.S.C. § 552(b)(2) to the extent that Defendants have asserted "low 2" exemptions. The parties also stipulate that Plaintiff will not challenge exemptions asserted by Defendants pursuant to 5 U.S.C. § 552(b)(6), or exemptions asserted by Defendants pursuant to 5 U.S.C. § 552(b)(7)(C) where such exemptions have been claimed in conjunction with Section 552(b)(6).

2. Defendants will provide a draft of a *Vaughn* index to Plaintiff with respect to the documents withheld in whole or in part by the Central Intelligence Agency (CIA) and the Office of Director of National Intelligence (ODNI) on or before May 31, 2011. The draft index provided by CIA will be based on a sample of documents selected by the parties pursuant to a separate agreement.

3. Defendants will provide a draft of a *Vaughn* index to Plaintiff with respect to the documents withheld in whole or in part by the Department of Homeland Security (DHS) on or before June 6, 2011. DHS is conducting a review of the material that it has withheld from its previous productions to Plaintiff, and it will release any documents or portions of documents that it newly determines not to be exempt from disclosure on or before June 6, 2011.

4. Plaintiff will review the draft indices provided pursuant to paragraphs 2 and 3 above, and will inform Defendants no later than July 1, 2011 as to which exemptions asserted by CIA, DHS, or ODNI, if any, it intends to challenge.

5. Defendant DOD will complete its review of newly-located records that may be responsive to Plaintiff's FOIA requests, and will produce responsive and non-exempt documents, or portions of documents, to Plaintiff no later than July 1, 2011.

6. The parties will confirm no later than July 15, 2011, the content of the sample of documents that will be the subject of the draft *Vaughn* index to be prepared by DOD.

7. Defendant DOD will provide a draft of a *Vaughn* index to Plaintiff with respect to the documents that it has withheld in whole or in part on or before August 12, 2011. As noted above, the draft index provided by DOD will be based on a sample of documents selected by the parties pursuant to a separate agreement.

8. Plaintiff will review the draft index provided pursuant to paragraph 7 above, and will inform Defendants no later than September 2, 2011 as to which exemptions asserted by DOD, if any, it intends to challenge.

9. The parties agree that the provision of draft indices by Defendants is solely for the purpose of facilitating a resolution of this case; that Defendants are not bound by the draft indices that will be provided to plaintiff pursuant to paragraphs 2, 3, and 7 above; and that Defendants may supplement or alter those indices in conjunction with the filing of summary judgment motions as Defendants deem necessary.

10. Defendants will file their motion for summary judgment on or before October 4, 2011. Defendants' motion for summary judgment with respect to CIA and DOD, including DOD's components the Defense Intelligence Agency and the National Security Agency (if those defendants remain in the case), will be based on the samples described above. Defendants' motion for summary judgment with respect to FBI also will be based on a set of sample documents selected by separate agreement of the parties.

11. Plaintiff will file its combined opposition memorandum, and cross-motion for summary judgment, on or before November 1, 2011.

12. Defendants will file their combined reply memorandum in support of their motion, and opposition to the cross-motion, on or before November 15, 2011.

13. Plaintiff will file its reply memorandum on or before November 29, 2011.

14. A hearing with respect to the cross-motions for summary judgment will be scheduled for December 13, 2011.

Dated: May 13, 2011                    Respectfully submitted,

    /s/ Joel McElvain
JOEL McELVAIN
Counsel for Defendants

    /s/ Jennifer Lynch
JENNIFER LYNCH
Counsel for Plaintiff

1  I hereby attest that I have obtained the consent for the filing of this document from all persons whose signatures are represented herein.
2
3                                      /s/ Joel McElvain
                                    JOEL McELVAIN
4                                     Counsel for Defendants
5
6                                 *  *  *  *  *  *  *
7  PURSUANT TO STIPULATION, IT IS SO ORDERED.
8
9  Dated: _____             _____
10                                   The Hon. SAUNDRA B. ARMSTRONG
                                  United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on May 13, 2011, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

          /s/ Joel McElvain
      JOEL McELVAIN