TONY WEST
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
JOEL McELVAIN, DC Bar No. 448431
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20001
Telephone:   (202) 514-2988
Fax:             (202) 616-8202
Email:          Joel.McElvain@usdoj.gov

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, ) | |
| ) | |
| Plaintiff, ) | Case No. 4:09-cv-03351-SBA |
| ) | |
| v. ) | **Stipulation and Proposed Order** |
| ) | |
| CENTRAL INTELLIGENCE AGENCY, *et al.*, ) | No hearing requested |
| ) | |
| Defendants. ) | |

The parties to this action, by and through their undersigned counsel, have conferred and have reached an agreement with respect to amendments to a proposed briefing schedule for the filing of motions for summary judgment in this matter.  The amendments are necessary to allow defendant Office of Director of National Intelligence to complete the processing of documents responsive to plaintiff's FOIA request.  The parties have previously stipulated to a briefing schedule (ECF 57) and to two adjustments to that briefing schedule (ECF 59, ECF 60) to accommodate the defendants' processing of responsive records.  The parties respectfully request that this schedule be adopted in the place of the schedules previously proposed.

1    1.  Defendants will file their motion for summary judgment on or before

2  November 22, 2011.

3    2.  Plaintiff will file its combined opposition memorandum, and cross-motion for

4  summary judgment, on or before December 20, 2011.

5    3.  Defendants will file their combined reply memorandum in support of their

6  motion, and opposition to the cross-motion, on or before January 10, 2012.

7    4.  Plaintiff will file its reply memorandum on or before January 24, 2012.

8    5.  A hearing with respect to the cross-motions for summary judgment will be

9  scheduled for February 7, 2012, or at a date thereafter that is amenable to the Court.

10  Dated: November 4, 2011                     Respectfully submitted,

11

12                                      ___/s/ Joel McElvain____
                                        JOEL McELVAIN
13                                      Counsel for Defendants

14
                                        ___/s/ Jennifer Lynch___
15                                      JENNIFER LYNCH
                                        Counsel for Plaintiff
16

17  I hereby attest that I have obtained the consent for the filing of this document from
   all persons whose signatures are represented herein.
18

19                                      ___/s/ Joel McElvain____
                                        JOEL McELVAIN
20                                      Counsel for Defendants

21
                                *   *   *   *   *   *   *
22

23  PURSUANT TO STIPULATION, IT IS SO ORDERED.

24

25  Dated: _____        _____
                                  The Hon. SAUNDRA B. ARMSTRONG
26                                United States District Judge

27

28

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on November 4, 2011, I electronically filed the foregoing

document with the Clerk of the Court, using the CM/ECF system, which will send

notification of such filing to the counsel of record in this matter who are registered on the

CM/ECF system.


    ___/s/ Joel McElvain_____
    JOEL McELVAIN