TONY WEST
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
JOEL McELVAIN, DC Bar No. 448431
Senior Trial Counsel
U.S. Department of Justice
Civil Division, Federal Programs Branch
20 Massachusetts Ave., NW
Washington, DC 20001
Telephone:   (202) 514-2988
Fax:         (202) 616-8202
Email:       Joel.McElvain@usdoj.gov

Counsel for Defendants

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA
OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>          Plaintiff,<br><br>     v.<br><br>CENTRAL INTELLIGENCE AGENCY, *et al.*,<br><br>          Defendants. | Case No. 4:09-cv-03351-SBA<br><br>**Stipulation and Proposed Order**<br><br>No hearing requested |

  The parties to this action, by and through their undersigned counsel, have conferred and have reached an agreement with respect to the matters at issue in the parties' forthcoming motions for summary judgment.  The parties stipulate as follows.

  1. Plaintiff does not dispute that the Defendants have conducted adequate searches for records responsive to the Plaintiff's FOIA requests.

  2. Plaintiff does not dispute that Defendant Department of Defense (DOD) has properly withheld material pursuant to Exemptions 3, 6 and 7(C), 5 U.S.C. § 552(b)(3), (b)(6), (b)(7)(C).

  3. Plaintiff does not dispute that Defendant Department of Homeland Security (DHS) has properly withheld material pursuant to Exemptions 6 and 7(C), 5 U.S.C. § 552(b)(6), (b)(7)(C).

4. Plaintiff does not dispute that Defendant Office of Director of National Intelligence (ODNI) has properly withheld material pursuant to Exemptions 2, 3, and 6, 5 U.S.C. § 552(b)(2), (b)(3), (b)(6).  Plaintiff also does not dispute that ODNI has properly withheld material pursuant to Exemption 1, 5 U.S.C. § 552(b)(1), where such withholdings are claimed coextensively with Exemption 3.  In addition, Plaintiff does not dispute ODNI's withholdings pursuant to Exemption 5, 5 U.S.C. § 552(b)(5), with respect to the following documents (as numbered in the draft *Vaughn* index previously provided by ODNI to Plaintiff): 111-114, 125, 132, 134 -157, 160-161, 165-168, and 170-171.

Dated: November 18, 2011                    Respectfully submitted,

                                           /s/ Joel McElvain
                                       JOEL McELVAIN
                                       Counsel for Defendants

                                       /s/ Jennifer Lynch
                                       JENNIFER LYNCH
                                       Counsel for Plaintiff

I hereby attest that I have obtained the consent for the filing of this document from all persons whose signatures are represented herein.

                                       /s/ Joel McElvain
                                       JOEL McELVAIN
                                       Counsel for Defendants

\* \* \* \* \* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____          _____
                                                 The Hon. SAUNDRA B. ARMSTRONG
                                                 United States District Judge

CERTIFICATE OF SERVICE

I hereby certify that on November 18, 2011, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

    /s/ Joel McElvain  
JOEL McELVAIN