Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993

David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1818 N Street, N.W., Suite 410
Washington, DC  20036
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Attorneys for Plaintiff
Electronic Frontier Foundation

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

# OAKLAND DIVISION

|  |  |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, | CASE NO. 4:09-cv-03351-SBA |
| Plaintiff, | **UNOPPOSED ADMINSTRATIVE MOTION FOR ENLARGEMENT OF PAGES** |
| v. | |
| CENTRAL INTELLIGENCE AGENCY, *et al.* | [Civ. L.R. 7-11] |
| Defendants. | Date:            March 27, 2012<br>Time:            1:00 p.m.<br>Courtroom:    1, 4th Floor<br>Hon. Saundra B. Armstrong |

Plaintiff Electronic Frontier Foundation hereby moves, pursuant to Civil L.R. 7-11, for an order for an enlargement of the page limit for (1) Plaintiff's combined Cross-Motion for Summary Judgment and Opposition to Defendants' Motion for Summary Judgment and (2) Defendants' combined Reply and Opposition to Plaintiff's Cross-Motion. Plaintiff seeks an enlargement of both filings by 10 pages for a total of 35 pages. The additional pages beyond the 25-page limit are needed to fully brief this complex Freedom of Information Act ("FOIA") case, which involves four defendants, multiple individual FOIA exemption claims, several hundred pages of *Vaughn* Indexes and affidavits, and several thousand pages of produced documents.

Defendants do not oppose this motion.

DATED:  December 15, 2011                    Respectfully submitted,


 */s/ Jennifer Lynch*
Jennifer Lynch, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA  94110
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993

David L. Sobel *(pro hac vice)*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW, Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

**DECLARATION PURSUANT TO GENERAL ORDER 45**

I, Jennifer Lynch, hereby declare pursuant to General Order 45 that I have obtained Defendants' concurrence in the filing of this document from Joel McElvain, Counsel for Defendants.

Executed on December 15, 2011, in San Francisco, California.


/s/ Jennifer Lynch
Jennifer Lynch

**CERTIFICATE OF SERVICE**

I hereby certify that on December 15, 2011, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on December 15, 2011, in San Francisco, California.

*/s/ Jennifer Lynch*
Jennifer Lynch

---

3

CASE NO. 09-cv-03351 SBA        ADMINSTRATIVE MOTION FOR ENLARGEMENT OF PAGES