Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993

David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1818 N Street, N.W., Suite 410
Washington, DC  20036
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Attorneys for Plaintiff
Electronic Frontier Foundation

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, *et al*. <br><br> Defendants. | CASE NO. 4:09-cv-03351-SBA <br><br> **[PROPOSED] ORDER GRANTING ADMINSTRATIVE MOTION FOR ENLARGEMENT OF PAGES** <br><br> [Civ. L.R. 7-11] <br><br> Date:        March 27, 2012 <br> Time:        1:00 p.m. <br> Courtroom:   1, 4th Floor <br> Hon. Saundra B. Armstrong |

Upon consideration of the consent Motion for Administrative Relief requesting enlargement of page limit pursuant to Local Rule 7-11, and good cause appearing, the Court hereby ORDERS (1) that Plaintiff may file a combined Cross Motion for Summary Judgment and Memorandum in Opposition to Defendants' Motion for Summary Judgment of up to 35 pages and (2) that Defendants may file a combined Reply and Opposition to Plaintiff's Cross-Motion of up to 35 pages.

**IT IS SO ORDERED.**

DATED: _____      _____

HONORABLE SAUNDRA BROWN ARMSTRONG
DISTRICT COURT JUDGE

CASE NO. 09-cv-03351 SBA      [PROPOSED] ORDER GRANTING ADMINSTRATIVE MOTION
FOR ENLARGEMENT OF PAGES