Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA 94110
Telephone:   (415) 436-9333
Facsimile:    (415) 436-9993

David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1818 N Street, N.W., Suite 410
Washington, DC  20036
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Attorneys for Plaintiff
Electronic Frontier Foundation

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, *et al.* <br><br> Defendants. | CASE NO. 4:09-cv-03351-SBA <br><br> **STIPULATION AND ORDER TO CONTINUE DATE FOR FILING REPLY AND HEARING DATE** <br><br> [Civ. L.R. 6-2] <br><br> Date:         March 27, 2012 <br> Time:         1:00 p.m. <br> Courtroom:  1, 4th Floor <br> Hon. Saundra B. Armstrong |

CASE NO. 09-cv-03351 SBA      STIPULATION & [PROPOSED] ORDER TO CONTINUE DATE FOR
FILING REPLY AND HEARING DATE

1  Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, the parties, by and through
2  undersigned counsel, have conferred and hereby stipulate and respectfully request the Court extend
3  the date for the filing of Plaintiff's Reply in support of its Cross Motion for Summary Judgment
4  (Dkt. 66) (currently scheduled to be submitted on January 24, 2012) until February 7, 2012. This
5  requested change will not significantly affect the present schedule for the case because the hearing
6  on the parties' cross motions for summary judgment is not currently scheduled until the end of
7  March—seven weeks after the new filing date for Plaintiff's Reply. Defendants also request an
8  extension to the hearing date from March 27, 2012 to April 3, 2012 or to the Court's next available
9  hearing date. In accordance with Civil L.R. 6-2(a), this stipulation is supported by the Declaration
10 of Jennifer Lynch, counsel for Plaintiff, filed herewith and a proposed order below.

11  The parties have previously stipulated to a briefing schedule (Dkt. 57) and to three
12 adjustments to that briefing schedule (Dkts. 59, 60, 61) to accommodate the Defendants' schedule
13 and processing of responsive records. Plaintiff now seeks an extension of the Reply filing date due
14 to previously unforeseen scheduling and caseload issues. Defendant seeks an extension of the
15 hearing date to allow counsel to participate in the government's briefing in the health care litigation
16 in the Supreme Court in *NFIB v. Sebelius* and *HHS v Florida*. The parties respectfully request that
17 these changes to the schedule be adopted in the place of the schedules previously proposed.

DATED: January 18, 2011          Respectfully submitted,


    */s/ Jennifer Lynch*
Jennifer Lynch, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA  94110
Telephone:  (415) 436-9333
Facsimile:  (415) 436-9993


Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

1

**DECLARATION PURSUANT TO GENERAL ORDER 45**

I, Jennifer Lynch, hereby declare pursuant to General Order 45 that I have obtained Defendants' concurrence in the filing of this document from Joel McElvain, Counsel for Defendants.

Executed on January 18, 2012, in San Francisco, California.

*/s/ Jennifer Lynch*
Jennifer Lynch

\* \* \* \* \* \* \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _1/23/12

The Hon. SAUNDRA B. ARMSTRONG

United States District Judge

2

CASE NO.
09-cv-03351 SBA

STIPULATION & [PROPOSED] ORDER TO CONTINUE DATE
FOR FILING REPLY AND HEARING DATE

**CERTIFICATE OF SERVICE**

I hereby certify that on January 18, 2012, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

Executed on January 18, 2012, in San Francisco, California.

                                      */s/ Jennifer Lynch*
                                      Jennifer Lynch