STUART F. DELERY
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch
KATHRYN C. DAVIS (DC Bar #985055)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W., Room 6130
Washington, DC  20530
Tel.:  (202)616-8298
Fax:  (202)616-8460
Email:  Kathryn.C.Davis@usdoj.gov
*Counsel for Defendants*

## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF CALIFORNIA
## OAKLAND DIVISION

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION**, | ) |
| | ) Case No.: 4:09-cv-03351-SBA |
| Plaintiff, | ) |
| | ) **Stipulation** |
| v. | ) |
| | ) No hearing requested |
| **CENTRAL INTELLIGENCE AGENCY**, *et al.*, | ) |
| | ) |
| Defendants. | ) |

The parties to this action, through their undersigned counsel, have conferred and have reached an agreement with respect to modification of the schedule set forth in the Court's Order of September 30, 2013 [ECF No. 81], pertaining to the records that were the subject of Defendants' Motion for Summary Judgment [ECF No. 63] and Plaintiff's Cross-Motion for Summary Judgment [ECF No. 76], and that "the Court has not determined [were] properly withheld."

Pursuant to this stipulation, the parties agree to modification of the Court's Order of September 30, 2013, as follows:

1.      Defendants the Department of Homeland Security, the Department of Defense, the National Security Agency, the Department of Justice, and the Office of the Director of

1

National Intelligence shall release to Plaintiff the information that the Court has not determined was properly withheld or serve Plaintiff with satisfactory supplemental *Vaughn* indices and declarations by no later than February 21, 2014.

2.     In the event the parties are unable to resolve their disputes regarding any withheld information, the parties must submit the stipulation required by the Court's Order by no later than March 24, 2014.

Dated: November 19, 2013                    Respectfully submitted,

                                            /s/ Kathryn C. Davis
                                            KATHRYN C. DAVIS (DC Bar #985055)
                                            *Counsel for Defendants*

                                            */s/* Jennifer Lynch
                                            JENNIFER LYNCH (SBN 240701)
                                            *Counsel for Plaintiff*

DECLARATION PURSUANT TO L.R. 5.1

I, Kathryn C. Davis, hereby declare that I have obtained Jennifer Lynch's concurrence in the filing of this document.

Executed at Washington, D.C. this 19th day of November, 2013.

*        *        *        *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  11/20/2013                          _____
                                            The Honorable SAUNDRA B. ARMSTRONG
                                            United States District Judge

*Elec. Frontier Found. v. CIA*
Case No. 09-cv-03351-SBA
Stipulation

1

CERTIFICATE OF SERVICE

2          I hereby certify that on November 19, 2013, I electronically filed the foregoing document

3   with the Clerk of the Court, using the CM/ECF system, which will send notification of such

4   filing to the counsel of record in this matter who are registered on the CM/ECF system.

5

6

7                                  */s/* Kathryn C. Davis
                                   KATHRYN C. DAVIS
8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

*Elec. Frontier Found. v. CIA*
Case No. 09-cv-03351-SBA
Stipulation