1   STUART F. DELERY
    Assistant Attorney General
2   ELIZABETH J. SHAPIRO
    Deputy Branch Director
3   Federal Programs Branch
    KATHRYN C. DAVIS (DC Bar #985055)
4   Trial Attorney
    Federal Programs Branch
5   U.S. Department of Justice, Civil Division
    20 Massachusetts Avenue, N.W., Room 6130
6   Washington, DC  20530
    Tel.:  (202)616-8298
7   Fax:  (202)616-8460
    Email:  Kathryn.C.Davis@usdoj.gov
8   *Counsel for Defendants*

9

10                    **UNITED STATES DISTRICT COURT**
                     **NORTHERN DISTRICT OF CALIFORNIA**
11                           **OAKLAND DIVISION**

12   **ELECTRONIC FRONTIER FOUNDATION**,      )
                                              )   Case No.: 4:09-cv-03351-SBA
13                         Plaintiff,         )
                                              )   **Stipulation**
14              v.                            )
                                              )   No hearing requested
15   **CENTRAL INTELLIGENCE AGENCY**, *et al.*, )
                                              )
16                         Defendants.        )

17

18          The parties to this action, through their undersigned counsel, have conferred and have

19   reached an agreement with respect to a partial modification of the current deadlines, as set forth

20   in the Court's Order of February 19, 2014 [ECF No. 86], to comply with the Court's Order of

21   September 30, 2013 [ECF No. 81].

22          Pursuant to this stipulation, the parties agree to partial modification of the current

23   deadlines to comply with the Court's Order of September 30, 2013, as follows:

24          1.      Defendant the Department of Defense shall release to Plaintiff the information

25   that the Court has not determined was properly withheld or serve Plaintiff with a satisfactory

26   supplemental *Vaughn* index and declaration by no later than March 25, 2014.

27

28

                                              1

2.      Defendant the Department of Justice, specifically its component the Federal Bureau of Investigation, shall release to Plaintiff the information that the Court has not determined was properly withheld or serve Plaintiff with a satisfactory supplemental *Vaughn* index and declaration by no later than April 4, 2014.

3.      In the event the parties are unable to resolve their disputes regarding any withheld information, the parties must submit the stipulation required by the Court's Order of September 30, 2013, by no later than May 5, 2014.


Dated: March 20, 2014                         Respectfully submitted,

                                              /s/ Kathryn C. Davis
                                              KATHRYN C. DAVIS (DC Bar #985055)
                                              *Counsel for Defendants*


                                              */s/* Jennifer Lynch
                                              JENNIFER LYNCH (SBN 240701)
                                              *Counsel for Plaintiff*

DECLARATION PURSUANT TO L.R. 5.1

I, Kathryn C. Davis, hereby declare that I have obtained Jennifer Lynch's concurrence in the filing of this document.

Executed at Washington, D.C. this 20th day of March, 2014.


                          *       *       *       *


PURSUANT TO STIPULATION, IT IS SO ORDERED.


Dated: _____
                                              _____
                                              The Honorable SAUNDRA B. ARMSTRONG
                                              United States District Judge

2

<u>CERTIFICATE OF SERVICE</u>

I hereby certify that on March 20, 2014, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.


<u>/s/ Kathryn C. Davis</u>
KATHRYN C. DAVIS

3