STUART F. DELERY
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch
KATHRYN C. DAVIS (DC Bar #985055)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W., Room 6130
Washington, DC  20530
Tel.: (202)616-8298
Fax: (202)616-8460
Email: Kathryn.C.Davis@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION**, <br><br> Plaintiff, <br><br> v. <br><br> **CENTRAL INTELLIGENCE AGENCY**, *et al.*, <br><br> Defendants. | Case No.: 4:09-cv-03351-SBA <br><br> **Stipulation** <br><br> No hearing requested |

The parties to this action, through their undersigned counsel, have conferred and have reached an agreement with respect to a partial modification of the current deadlines, as set forth in the Court's Order of February 19, 2014 [ECF No. 86], to comply with the Court's Order of September 30, 2013 [ECF No. 81].

Pursuant to this stipulation, the parties agree to partial modification of the current deadlines to comply with the Court's Order of September 30, 2013, as follows:

1. Defendant the Department of Defense shall release to Plaintiff the information that the Court has not determined was properly withheld or serve Plaintiff with a satisfactory supplemental *Vaughn* index and declaration by no later than March 25, 2014.

1

*Elec. Frontier Found. v. CIA*
Case No. 09-cv-03351-SBA
Stipulation

2. Defendant the Department of Justice, specifically its component the Federal Bureau of Investigation, shall release to Plaintiff the information that the Court has not determined was properly withheld or serve Plaintiff with a satisfactory supplemental *Vaughn* index and declaration by no later than April 4, 2014.

3. In the event the parties are unable to resolve their disputes regarding any withheld information, the parties must submit the stipulation required by the Court's Order of September 30, 2013, by no later than May 5, 2014.

Dated: March 20, 2014                        Respectfully submitted,

/s/ Kathryn C. Davis
KATHRYN C. DAVIS (DC Bar #985055)
*Counsel for Defendants*

*/s/* Jennifer Lynch
JENNIFER LYNCH (SBN 240701)
*Counsel for Plaintiff*

DECLARATION PURSUANT TO L.R. 5.1

I, Kathryn C. Davis, hereby declare that I have obtained Jennifer Lynch's concurrence in the filing of this document.

Executed at Washington, D.C. this 20th day of March, 2014.

*        *        *        *

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: 3/21/2014

The Honorable SAUNDRA B. ARMSTRONG
United States District Judge

2

*Elec. Frontier Found. v. CIA*
Case No. 09-cv-03351-SBA
Stipulation

CERTIFICATE OF SERVICE

I hereby certify that on March 20, 2014, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.


          */s/* Kathryn C. Davis
          KATHRYN C. DAVIS

3

*Elec. Frontier Found. v. CIA*
Case No. 09-cv-03351-SBA
Stipulation