Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone:     (415) 436-9333
Facsimile:      (415) 436-9993

David L. Sobel (*pro hac vice*)
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1818 N Street, N.W., Suite 410
Washington, DC  20036
Telephone: (415) 436-9333 x202
Facsimile: (415) 436-9993

*Attorneys for Plaintiff*
ELECTRONIC FRONTIER FOUNDATION

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

### OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, *et al.*, <br><br> Defendants. | Case No.: 4:09-cv-03351-SBA <br><br> **STIPULATION AND [PROPOSED] ORDER ENLARGING TIME TO RESPOND TO ORDER ON PARTIES' CROSS MOTIONS FOR SUMMARY JUDGMENT** <br><br> [Civ. L.R. 6-2] <br><br> Courtroom:    1, 4th Floor <br> Hon. Saundra B. Armstrong |

Pursuant to Fed. R. Civ. P. 6(b)(1) and Civil L.R. 6-2, the parties to this Freedom of Information Act (FOIA) action, by and through undersigned counsel, hereby stipulate and respectfully request to enlarge the time to respond to the Court's September 30, 2013 Order on the parties' Cross Motions for Summary Judgment (Doc. No. 81) to June 5, 2014. In accordance with Civil L.R. 6-2(a), this stipulation is supported by the Declaration of Jennifer Lynch, counsel for Plaintiff, filed herewith, and a proposed order below.

The parties submit, and the Declaration of Ms. Lynch establishes, that there is good cause for the requested change as follows:

Pursuant to the Court's September Order and three subsequent modifications to that Order (November 20, 2013, February 19, 2014, and March 21, 2014 (Doc. Nos. 84, 86, & 88)), the Court ordered Defendants to release to Plaintiff the information that the Court had not determined was properly withheld or serve Plaintiff with satisfactory supplemental *Vaughn* indexes and declarations by no later than April 4, 2014. Also pursuant to that order and the three subsequent modifications, the parties were to meet and confer and then submit a stipulation by May 5, 2014 proposing the timing of further proceedings and identifying any documents that are no longer in controversy.

The parties seek to enlarge the time to file that stipulation to June 5, 2014. This would allow Plaintiff's counsel sufficient time to review supplemental *Vaughn* Indexes, declarations and records released by Defendants on March 21, March 25 and April 4, 2014. The released material is voluminous and requires significant cross-referencing with prior releases. This will also allow time for the parties to attempt to narrow or resolve remaining issues in the case, potentially lessening the burden on the Court.

The parties have sought three previous enlargements of time to allow Defendants additional time to review and process records and produce supplemental *Vaughn* Indexes and declarations in response to the Court's September 30, 2013 Order. (*See* Doc. Nos. 84, 86, & 88.) Since that Order, the parties have been diligently working to move the case forward. As the parties have already completed one round of summary judgment briefings and are working to narrow the remaining issues in the case, an enlargement of time to June 5, 2014 will not significantly affect the schedule

1

Case No. 09-cv-3351 SBA  STIPULATION AND [PROPOSED] ORDER ENLARGING TIME

for the case.

DATED: May 5, 2014

Respectfully submitted,

| | |
|---|---|
| */s/ Jennifer Lynch* <br> ELECTRONIC FRONTIER FOUNDATION <br> Jennifer Lynch, Esq. <br> 815 Eddy Street <br> San Francisco, CA  94109 <br> Telephone:  (415) 436-9333 <br> Facsimile:  (415) 436-9993 <br><br> David L. Sobel *(pro hac vice)* <br> ELECTRONIC FRONTIER FOUNDATION <br> 1818 N. Street, N.W., Suite 410 <br> Washington, DC  20036 <br> Telephone: (415) 436-9333 x202 <br> Facsimile: (415) 436-9993 <br><br> *Attorneys for Plaintiff* | STUART F. DELERY <br> Assistant Attorney General <br><br> ELIZABETH J. SHAPIRO <br> Deputy Branch Director <br><br> /s/ *Kathryn C. Davis* <br> KATHRYN C. DAVIS <br> Counsel <br> United States Department of Justice <br> Civil Division, Federal Programs Branch <br> 20 Massachusetts Avenue, N.W., Room 6130 <br> Washington, D.C.  20530 <br> Telephone: (202) 616-8293 <br> Facsimile:  (202) 616-8460 <br><br> *Attorneys for Defendant* |

**DECLARATION PURSUANT TO CIVIL L. R. 5-1(i)(3)**

I, Jennifer Lynch, attest that I have obtained the concurrence of Kathryn C. Davis, counsel for Defendant, in the filing of this document.

Executed on May 5, 2014, in San Francisco, California.

                                        */s/ Jennifer Lynch*
                                          Jennifer Lynch

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated: _____5/6/2014_____          *[signature]*
                                     Hon. Saundra B. Armstrong
                                     United States District Judge