STUART F. DELERY
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch
MICHELLE R. BENNETT (CO Bar No. 37050)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W., Room 7310
Washington, DC  20530
Tel.:  (202) 305-8902
Fax:  (202) 616-8470
Email:  michelle.bennett@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION**, ) | |
| ) | Case No.: 4:09-cv-03351-SBA |
| Plaintiff,  ) | |
| ) | **Stipulation** |
| v.  ) | |
| ) | No hearing requested |
| **CENTRAL INTELLIGENCE AGENCY,** *et al.*, ) | |
| ) | |
| Defendants.  ) | |

The parties to this action, through their undersigned counsel, have conferred and have reached an agreement with respect to a partial modification of the current deadlines, as set forth in the Court's Order of May 6, 2014 [ECF No. 90], to comply with the Court's Order of September 30, 2013 [ECF No. 81].

Pursuant to this stipulation, the parties agree to partial modification of the current deadlines to comply with the Court's Order of September 30, 2013, as follows:

In the event the parties are unable to resolve their disputes regarding any withheld information, the parties must submit the stipulation required by the Court's Order of September 30, 2013 proposing the timing of further proceedings, by no later than July 10, 2014.

1

*Elec. Frontier Found. v. CIA*
Case No. 09-cv-03351-SBA
Stipulation

Dated: June 5, 2014                     Respectfully submitted,

/s/ Michelle R. Bennett
MICHELLE R. BENNETT (CO Bar No. 37050)
*Counsel for Defendants*

*/s/* Jennifer Lynch
JENNIFER LYNCH (SBN 240701)
*Counsel for Plaintiff*

DECLARATION PURSUANT TO L.R. 5.1

I, Michelle R. Bennett, hereby declare that I have obtained Jennifer Lynch's concurrence in the filing of this document.

Executed at Washington, D.C. this 5th day of June, 2014.

\*      \*      \*      \*

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  6/9/2014

The Honorable SAUNDRA B. ARMSTRONG
United States District Judge

2

*Elec. Frontier Found. v. CIA*
Case No. 09-cv-03351-SBA
Stipulation

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2014, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Michelle R. Bennett
MICHELLE R. BENNETT (CO Bar No. 37050)

3

*Elec. Frontier Found. v. CIA*
Case No. 09-cv-03351-SBA
Stipulation

STUART F. DELERY
Assistant Attorney General
ELIZABETH J. SHAPIRO
Deputy Branch Director
Federal Programs Branch
MICHELLE R. BENNETT (CO Bar No. 37050)
Trial Attorney
Federal Programs Branch
U.S. Department of Justice, Civil Division
20 Massachusetts Avenue, N.W., Room 7310
Washington, DC  20530
Tel.:  (202) 305-8902
Fax:  (202) 616-8470
Email:  michelle.bennett@usdoj.gov
*Counsel for Defendants*

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF CALIFORNIA**
**OAKLAND DIVISION**

| | |
|---|---|
| **ELECTRONIC FRONTIER FOUNDATION**, | ) |
| | ) Case No.: 4:09-cv-03351-SBA |
| Plaintiff, | ) |
| | ) **Declaration of Michelle R. Bennett** |
| v. | ) |
| | ) |
| **CENTRAL INTELLIGENCE AGENCY,** *et al.*, | ) |
| | ) |
| Defendants. | ) |

1. I am a trial attorney in the Federal Programs Branch of the Civil Division of the United States Department of Justice.  The statements in this declaration are based on my personal knowledge and information that I have obtained in my official capacity.

2. On November 21, 2011, and April 11, 2012, respectively, Defendants and Plaintiff filed cross-motions for summary judgment [ECF Nos. 63, 76] in this Freedom of Information Act ("FOIA") case.

1

*Elec. Frontier Found. v. CIA*
Case No. 09-cv-03351-SBA
Declaration of Michelle R. Bennett

3. On September 30, 2013, this Court entered an order [ECF No. 81] granting in part and denying in part Defendants' motion for summary judgment and denying Plaintiff's cross-motion for summary judgment.

4. The Court's Order requires, *inter alia*, that Defendants release the information that the Court has not determined was properly withheld or provide satisfactory supplemental *Vaughn* indices and declarations. The Court's Order required Defendants to serve Plaintiff with any supplemental materials by no later than sixty (60) days from the date the Order was filed. The Order further required the parties to meet and confer regarding any supplemental materials in an attempt to narrow the documents at issue. If the parties are unable to resolve their disputes regarding any withheld information, the Court's Order required the parties to file a stipulation by no later than thirty (30) days after service of the supplemental materials proposing the timing of further proceedings.

5. Pursuant to stipulations by the parties, on November 20, 2013, February 19, 2014, and March 21, 2014, this Court entered orders [ECF Nos. 84, 86, 88] modifying the deadlines set forth in the September 30th Order.

6. Defendants produced to Plaintiff supplemental materials responsive to the Court's September 30th Order on March 21, March 25, and April 4, 2014.

7. On May 6, 2014, pursuant to a stipulation by the parties, this Court entered an order [ECF No. 90] modifying the deadline set forth in the September 30th Order for the parties to file a stipulation proposing the timing of further proceedings to June 5, 2014.

8. The parties seek to enlarge this deadline to July 10, 2014. Plaintiff's counsel is still in the process of reviewing the supplemental materials produced by Defendants. Moreover, the parties have begun to confer regarding narrowing or resolving remaining issues in the case. The case was recently transferred to the undersigned counsel for Defendants, who needs additional time to familiarize herself with the case and the supplemental materials provided to Plaintiff in order to confer with Plaintiff's counsel about questions relating to the supplemental materials. Enlarging the time by which the parties may respond to the Court's September 30th

2

*Elec. Frontier Found. v. CIA*
Case No. 09-cv-03351-SBA
Declaration of Michelle R. Bennett

Order to July 10, 2014 will allow Plaintiff's counsel to complete her review of the supplemental materials and the parties to continue conferring to narrow or resolve remaining issues in the case, potentially lessening the burden on the Court.

9. As noted above, the parties have requested four previous enlargements of the deadlines set forth in the Court's Order of September 30, 2013.

10. The parties have already completed one round of summary judgment briefing and are working to narrow the remaining issues in the case. Accordingly, the requested extension would not have a significant effect on the schedule for this case.

In accordance with 28 U.S.C. § 1746, I declare and affirm under penalty of perjury that the foregoing is true and correct.

Executed at Washington, D.C. this 5th day of June, 2014.

/s/ Michelle R. Bennett
MICHELLE R. BENNETT (CO Bar No. 37050)
*Counsel for Defendants*

CERTIFICATE OF SERVICE

I hereby certify that on June 5, 2014, I electronically filed the foregoing document with the Clerk of the Court, using the CM/ECF system, which will send notification of such filing to the counsel of record in this matter who are registered on the CM/ECF system.

/s/ Michelle R. Bennett
MICHELLE R. BENNETT (CO Bar No. 37050)

3

*Elec. Frontier Found. v. CIA*
Case No. 09-cv-03351-SBA
Declaration of Michelle R. Bennett