UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

OAKLAND DIVISION

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION,<br><br>Plaintiff,<br><br>v.<br><br>CENTRAL INTELLIGENCE AGENCY, et al.,<br><br>Defendants. | Case No: C 09-03351 SBA<br><br>**ORDER**<br><br>Docket 94 |

In light of the parties' stipulation to stay proceedings while they pursue settlement, Dkt. 94, IT IS HEREBY ORDERED THAT this case is stayed. IT IS FURTHER ORDERED THAT this case is ADMINISTRATIVELY CLOSED. In the event the parties do not file a stipulation of dismissal within sixty (60) days from the date this Order is filed, the parties shall file a joint motion requesting that the case be reopened. Alternatively, the parties shall file a stipulation to continue the stay. This Order terminates Docket 94.

IT IS SO ORDERED.

Dated: 7/10/2015

SAUNDRA BROWN ARMSTRONG
United States District Judge