Jennifer Lynch (SBN 240701)
*jlynch@eff.org*
ELECTRONIC FRONTIER FOUNDATION
815 Eddy Street
San Francisco, CA 94109
Telephone: (415) 436-9333
Facsimile: (415) 436-9993

David L. Sobel *(pro hac vice)*
*sobel@eff.org*
ELECTRONIC FRONTIER FOUNDATION
1875 Connecticut Ave. NW, Suite 650
Washington, DC  20009
Telephone: (202) 797-9009 x104
Facsimile: (202) 707-9066

Attorneys for Plaintiff
ELECTRONIC FRONTIER FOUNDATION

**UNITED STATES DISTRICT COURT**

**FOR THE NORTHERN DISTRICT OF CALIFORNIA**

**OAKLAND DIVISION**

| | |
|---|---|
| ELECTRONIC FRONTIER FOUNDATION, <br><br> Plaintiff, <br><br> v. <br><br> CENTRAL INTELLIGENCE AGENCY, *et al.*, <br><br> Defendants. | Case No. 4:09-cv-03351-SBA <br><br> **STIPULATION OF DISMISSAL** <br><br> Courtroom 1, 4th Floor <br> Hon. Saundra B. Armstrong |

**STIPULATION OF DISMISSAL**

Pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, plaintiff Electronic Frontier Foundation and remaining defendants stipulate that all claims in the above-captioned case are dismissed in their entirety. The parties agree to bear their respective fees and costs.

DATED:  September 11, 2014

Respectfully submitted,

STUART F. DELERY
Assistant Attorney General

/s/ *Jennifer Lynch*

ELIZABETH J. SHAPIRO
Deputy Director, Federal Programs Branch

Jennifer Lynch, Esq.
ELECTRONIC FRONTIER FOUNDATION
454 Shotwell Street
San Francisco, CA  94110

/s/ *Michelle Bennett*

MICHELLE BENNETT,
Counsel
United States Department of Justice
Civil Division, Federal Programs Branch
P.O. Box 883
Washington, D.C.  20044
Telephone: (202) 514-4960
Facsimile:  (202) 616-8470

David L. Sobel *(admitted pro hac vice)*
ELECTRONIC FRONTIER FOUNDATION
1818 N Street, N.W., Suite 410
Washington, DC  20009

*Attorneys for Plaintiff*
ELECTRONIC FRONTIER FOUNDATION

*Attorneys for Defendants*

**DECLARATION PURSUANT TO CIVIL L. R. 5-1(i)(3)**

I, Jennifer Lynch, attest that I have obtained the concurrence of Michelle Bennett, counsel for Defendants, in the filing of this document.

Executed on September 11, 2014, in San Francisco, California.

*/s/ Jennifer Lynch*
Jennifer Lynch

PURSUANT TO STIPULATION, IT IS SO ORDERED.

Dated:  9/11/2014

Hon. Saundra B. Armstrong
United States District Judge